UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JEREMY S. DERBY, GUARDIAN FOR<br>CHRISTINE L. DERBY,<br><br>Plaintiff,<br><br>v.<br><br>DARTMOUTH-HITCHCOCK MEDICAL<br>CENTER, MARY HITCHCOCK MEMORIAL<br>HOSPITAL, and THE DARTMOUTH-<br>HITCHCOCK CLINIC,<br><br>Defendants | Case No. 1:17-cv-00133 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon and between the above-named parties that all claims asserted or that could have been asserted in this action with regard to Defendants Dartmouth-Hitchcock Medical Center, Mary Hitchcock Medical Hospital, and the Dartmouth Hitchcock Clinic are dismissed with prejudice and without costs of attorneys' fees assessed against either party.

Respectfully submitted,

Jeremy S. Derby, Guardian for
Christine L. Derby

By his Attorneys,

McLane Middleton, Professional Association

Date: August 16, 2018

By: _____//S// Ralph F. Holmes_____
Ralph F. Holmes, Esquire, NH Bar No. 1185
900 Elm Street, P.O. Box 326
Manchester, NH 03105
603.625.6464
rholmes@mclane.com

1

Dartmouth-Hitchcock Medical Center,
Mary Hitchcock Memorial Hospital, and
The Dartmouth-Hitchcock Clinic,

By their Attorneys,

Devine, Millimet & Branch,
Professional Association

Date: August 16, 2018                    By:_____//S// Elaine M. Michaud_____
                                              Elaine M. Michaud, Esquire, NH Bar No. 10030
                                              111 Amherst Street
                                              Manchester, NH   03101
                                              603.669.1000
                                              emichaud@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing through the Court's electronic filing system ("ECF") and that a copy of the filing will be sent electronically to all parties registered with the ECF system.

Dated: August 16, 2018                   _____//S// Ralph F. Holmes_____
                                              Ralph F. Holmes, Esquire

C:\USERS\SEH\APPDATA\LOCAL\MICROSOFT\WINDOWS\INETCACHE\CONTENT.OUTLOOK\D5FBNGVX\STIPULATION FOR DISMISSAL WITH PREJUDICE (M3949975X9DD8D).DOCX